| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | SHAWNA YEN (CASBN 224447)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5054 |
| 7 | Email: shawna.yen2@usdoj.gov |
| 8 | Attorneys for Plaintiff |

**FILED**

APR - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  CR 07-00122 RMW
  )
        Plaintiff,  )  [Proposed]
  )  ORDER CONTINUING CASE AND
    v.  )  EXCLUDING TIME UNDER THE
  )  SPEEDY TRIAL ACT, 18 U.S.C. § 3161
MICHAEL FRANCIS PALMER,  )
  )
        Defendant.  )
_____ )

This matter came before the Court for an initial appearance and arraignment on the Indictment on Thursday, March 29, 2007. Counsel for the government and the defendant were present. Based on the request of the parties, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to April 16, 2007 at 9:00 a.m. for an initial status conference before the district court.

IT IS FURTHER ORDERED that the period of time from March 29, 2007 through and including April 16, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of

1  the public and the defendant in a speedy trial because the April 16, 2007 date is the first day
2  when all parties are available; and because the parties need to exchange discovery in this case.
3  Therefore, the time is excludable in order to ensure continuity of counsel and for effective
4  preparation of counsel.
5      For the foregoing reasons, the Court finds that the interests of justice in granting this
6  continuance outweigh the defendant's and the public's interests in a speedy trial.
7      Dated this 4+12 day of April, 2007.
8
9
10                                                  RICHARD SEEBORG
                                                 United States Magistrate Judge
11
12 Copies to be served on:

SHAWNA YEN
13 Assistant U.S. Attorney
   150 Almaden Boulevard, Suite 900
14 San Jose, CA 95113
15
   PAUL MELTZER, ESQ.
16 511 Water Street
   Santa Cruz, Ca 95060
17
18
19
20
21
22
23
24
25
26
27
28

                                      2