**PROPOSED ORDER/COVER SHEET**

**FILED**

MAY - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO: Honorable Richard Seeborg
U.S. Magistrate Judge

RE: Michael Francis Palmer

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-00122 RMW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados
U.S. Pretrial Services Officer

(408) 535-5223
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. The defendant shall not use or possess any narcotic drug or other controlled substance without a legal prescription

B. The defendant shall submit to drug testing as directed by Pretrial Services

C. The defendant's computer(s) shall be subject to warrantless search(s) by Pretrial Services for the purpose of ensuring his compliance with his other release conditions

D. The defendant shall terminate his current e-mail account and shall create a new one which will be used for work related purposes only

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

5-4-07
DATE

Cover Sheet (12/03/02)