RECEIVED Aug 1 2007 11:25am
Aug 01 2007 11:57AM   Law Offices of Paul B. Me   831 426-2749   p.2

PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, MICHAEL PALMER

*E-FILED - 8/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-122 RMW |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) [~~PROPOSED~~] ORDER THEREON |
| MICHAEL PALMER, | ) Date: August 6th, 2007 |
| Defendant. | ) Time: 9:00 AM |
| | ) Judge: Hon. Ronald M. Whyte |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the status conference in the matter of MICHAEL PALMER from August 6th, 2007 at 9:00 a.m. to September 24th, 2007 at 9:00 a.m. This continuance is requested due to the unavialabilty of counsel on August 6th. The defendant's counsel is expected in the

-1-
Stipulation to Continue
[~~PROPOSED~~] Order Thereon

Received                                    Aug 1 2007 11:25am
Aug 01 2007 11:57AM   Law Offices of Paul B. Me   931 426-2749           p.3

1
2  Eastern District Federal Court not allowing adequate time to appear in the San Jose Federal
3  Court.
4
5
6      In light of these facts, the parties agree that the time between August 6th, 2007 and
7  September 24th, 2007 shall be excluded from the Speedy Trial Act requirements of Title 18,
8  United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and
9
10 §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice
11 served by granting this continuance outweigh the best interests of the public and the
12 defendant in an earlier trial, specifically based on the fact that defendant Palmer's counsel's
13
14 unavailablity preclude his involvement in both the August 6th, 2007 court appearance and
15 meaningful participation in either resolving this case via a plea or preparing for trial
16 between August 6th, 2007 and September 24th, 2007. For these reasons, the parties agree
17
18 that a continuance is necessary to ensure that the defendant and defense counsel are
19 prepared to make informed decisions regarding the case, and denial of such a continuance
20 would unreasonably deny defendant Michael Palmer effective case preparation pursuant to
21 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).
22
23     ///
24     ///
25     ///
26
27
28

-2-
Stipulation to Continue
XXXXXX Order Thereon

Received                                    Aug 1 2007 11:25am
Aug 01 2007 11:57AM  Law Offices of Paul B. Me  831 426-2749              p.4

Therefore, it is respectfully requested that the current Status Conference date of August 6th, 2007 at 9:00 a.m. be vacated and the matter be continued to Septemeber 24th, 2007 at 9:00 a.m.

THE PARTIES SO STIPULATE.

Dated: August __1__, 2007           UNITED STATES ATTORNEY'S OFFICE

                                    _____
                                    SHAWNA YEN, A.U.S.A.

Dated: August _____, 2007           LAW OFFICES OF PAUL B. MELTZER

                                    _____
                                    PAUL B. MELTZER, Attorney for
                                    Defendant, MICHAEL PALMER

Received Aug 01 2007 11:57AM Law Offices of Paul B. Me  831 426-2749  P.5
Aug 1 2007 11:25am

# ~~PROPOSED~~ ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for August 6th, 2007 be vacated and the matter be reset for September 24th, 2007 at 9:00 a.m.

In light of these facts, the Court finds that the time between August 6th, 2007 and September 24th, 2007 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Palmer's counsel's unavailablity preclude his involvement in both the August 6th, 2007 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between August 6th, 2007 and September 24th, 2007. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: August __20__, 2007

*Ronald M. Whyte*
HON. RONALD M. WHYTE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT