PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, MICHAEL PALMER

*E-FILED - 10/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-122 RMW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | [~~XXXXXXXXX~~] ORDER THEREON |
| vs. ) | |
| ) | |
| MICHAEL PALMER, ) | Date: September 24th, 2007 |
| ) | Time: 9:00 AM |
| Defendant. ) | Judge: Hon. Ronald M. Whyte |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the status conference in the matter of MICHAEL PALMER from September 24th, 2007 at 9:00 a.m. to October 29th, 2007 at 9:00 a.m. This continuance is requested due

-1-
Stipulation to Continue
[~~Rxxxxxxx~~] Order Thereon

XXXXXXXX Order Thereon

to the unavailability of counsel on September 24th. The defendant's counsel is needed for a family emergency.

In light of these facts, the parties agree that the time between September 24th, 2007 and October 29th, 2007 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Palmer's counsel's unavailability preclude his involvement in both the September 24th, 2007 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between September 24th, 2007 and October 29th, 2007. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

///
///
///

Therefore, it is respectfully requested that the current Status Conference date of September 24th, 2007 at 9:00 a.m. be vacated and the matter be continued to October 29th, 2007 at 9:00 a.m.

-2-
Stipulation to Continue
XXXXXXXX Order Thereon

THE PARTIES SO STIPULATE.

Dated: September 19, 2007

UNITED STATES ATTORNEY'S OFFICE

SHAWNA YEN, A.U.S.A.

Dated: September 19, 2007

LAW OFFICES OF PAUL B. MELTZER

PAUL B. MELTZER, Attorney for
Defendant, MICHAEL PALMER

# [~~PROPOSED~~] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for September 24th, 2007 be vacated and the matter be reset for October 29th, 2007 at 9:00 a.m.

In light of these facts, the Court finds that the time between September 24th, 2007 and October 29th, 2007 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Palmer's counsel's unavailability preclude his involvement in both the September 24th, 2007 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between September 24th, 2007 and October 29th, 2007. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: September __24__, 2007

*Ronald M. Whyte*
HON. RONALD M. WHYTE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Posted on 9/24/07 - System Crashed and Document was Lost.