SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:  shawna.yen2@usdoj.gov

Attorneys for Plaintiff        *E-FILED - 12/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00122 RMW |
|     Plaintiff, ) | STIPULATION TO CONTINUE HEARING ON DISPOSITION OR TRIAL-SETTING CONFERENCE AND [] ORDER |
|     v. ) | |
| MICHAEL PALMER, ) | |
|     Defendant. ) | |

    It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant Michael Palmer, Paul Meltzer, Esq. that the date set for a disposition or trial-setting conference be continued from December 10, 2007 to January 14, 2008 at 9:00 a.m.  This continuance is necessary because the parties are continuing to negotiate the details of the proposed plea agreement.  Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

    The parties stipulate that the time between December 10, 2007 and January 14, 2008 shall be excluded from the period of time within which trial must commence under the Speedy

Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  As required by 18 U.S.C. §3161(h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial in order to ensure effective preparation of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

    It is so stipulated.

                                             Respectfully submitted,

Dated: 12/06/07                   SCOTT N. SCHOOLS
                                             UNITED STATES ATTORNEY

                                             /S/
                                             _____
                                             SHAWNA YEN

Dated: 12/06/07
                                             /S/
                                             _____
                                             PAUL MELTZER, ESQ.
                                             Attorney for Michael Palmer

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00122 RMW |
|         Plaintiff, ) | [] ORDER TO CONTINUE |
| ) | HEARING ON DISPOSITION OR |
|    v. ) | TRIAL-SETTING |
| ) | |
| MICHAEL PALMER, ) | |
| ) | |
|         Defendant. ) | |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that the date set for disposition or trial-setting in this matter is continued from December 10, 2007 to January 14, 2008 at 9:00 a.m.

    IT IS FURTHER ORDERED that the period of time from December 10, 2007 through and including January 14, 2008 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  The basis for such exclusion is the parties are continuing to negotiate the plea agreement in this case.   The Court finds that the ends of justice served by this continuance

1 outweigh the best interests of the public and the defendant in a speedy trial to effective
2 preparation of counsel.
3      Dated this __12__ day of December, 2007.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

4