PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, MICHAEL PALMER

*E-FILED - 1/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-07-00122 -RMW |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **[xxxxxxxxxxxx] ORDER THEREON** |
| MICHAEL PALMER, | ) Date: January 14, 2008 |
| | ) Time: 9:00 AM |
| Defendant. | ) Judge: Ronald M. Whyte |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the disposition conference in the matter of MICHAEL PALMER from January 14, 2008 at 9:00 a.m. to February 11, 2008 at 9:00 a.m. This continuance is requested due to the unavilabilty of counsel.

In light of these facts, the parties agree that the time between January 14, 2008 and Febuary 11, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Palmer's counsel is unavailable which precludes his involvement in both the January 14, 2008 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between January 14, 2008 and Febuary 11, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Disposition Conference date of January 14, 2008 at 9:00 a.m. be vacated and the matter be continued to Febuary 11, 2008 at 9:00 a.m.

///
///
///
///

THE PARTIES SO STIPULATE.

Dated: January 6, 2008               UNITED STATES ATTORNEY'S OFFICE

                                     _____
                                     SHAWNA YEN, A.U.S.A.


Dated: January 10, 2008              LAW OFFICES OF PAUL B. MELTZER

                                     _____
                                     PAUL B. MELTZER, Attorney for
                                     Defendant, MICHAEL PALMER

[xxxxxxxxxxx] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for January 14, 2008 be vacated and the matter be reset for Febuary 11, 2008 at 9:00 a.m.

In light of these facts, the Court finds that the time between January 14, 2008 and Febuary 11, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Palmer's counsel is unavailable which preclude his involvement in both the January 14, 2008 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between January 14, 2008 and Febuary 11, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: January 17, 2008

*Ronald M. Whyte*
HON. RONALD M. WHYTE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT