PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, MICHAEL PALMER

*E-FILED - 2/11/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL PALMER,<br><br>　　　　　Defendant. | No. CR-07-00122-RMW<br><br>**STIPULATION TO CONTINUE**<br>**[xxxxxxxxxxxx] ORDER THEREON**<br><br>Date: February 11, 2008<br>Time: 9:00 AM<br>Judge: Ronald M. Whyte |

　　　　IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue in the matter of MICHAEL PALMER from February 11, 2008 at 9:00 a.m. to April 21, 2008 at 9:00 a.m.

　　　　In light of these facts, the parties agree that the time between February 11, 2008 and April 21, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United

States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Palmer's counsel is unavailable because of the need to prepare for a homicide trial which begins on February 25, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Disposition Conference date of February 11, 2008 at 9:00 a.m. be vacated and the matter be continued to April 21, 2008 at 9:00 a.m.

THE PARTIES SO STIPULATE.

Dated: February 6, 2008          UNITED STATES ATTORNEY'S OFFICE

                                 _____
                                 SHAWNA YEN, A.U.S.A.


Dated: February 6, 2008          LAW OFFICES OF PAUL B. MELTZER

                                 _____
                                 PAUL B. MELTZER, Attorney for
                                 Defendant, MICHAEL PALMER

XXXXXXXXXXX ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for February 11, 2008 be vacated and the matter be reset for April 21, 2008 at 9:00 a.m.

In light of these facts, the Court finds that the time between February 11, 2008 and April 21, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Palmer's counsel is unavailable which because of the need to prepare for a homicide tiral which begins on Febraury 25, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED. This is the final continuance.

Dated: February 11, 2008

*Ronald M. Whyte*
HON. RONALD M. WHYTE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT