PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, MICHAEL PALMER

*E-FILED - 8/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL PALMER,<br><br>    Defendant. | ) No. CR-07-00122-RMW<br>)<br>) **STIPULATION TO CONTINUE**<br>) [XXXXXXXX] **ORDER THEREON**<br>)<br>)<br>) Date: August 4, 2008<br>) Time: 9:00 AM<br>) Judge: Ronald M. Whyte<br>) |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue in the matter of MICHAEL PALMER from August 4th, 2008 at 9:00 a.m. to September 15th, 2008 at 9:00 a.m.

In light of these facts, the parties agree that the time between August 4th, 2008 and September 15, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18,

United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Palmer's counsel is unavailable because of an ongoing felony jury trial in Santa Cruz, CA., People v. Williams. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Status Conference date of August 4th, 2008 at 9:00 a.m. be vacated and the matter be continued to September 15th, 2008 at 9:00 a.m.

THE PARTIES SO STIPULATE.

Dated: July 31, 2008                    UNITED STATES ATTORNEY'S OFFICE

                                        /S/
                                        SHAWNA YEN, A.U.S.A.


Dated: July 31, 2008                    LAW OFFICES OF PAUL B. MELTZER

                                        /S/
                                        PAUL B. MELTZER, Attorney for
                                        Defendant, MICHAEL PALMER

[~~XXXXXXXX~~] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for August 4th, 2008 be vacated and the matter be reset for September 15th, 2008 at 9:00 a.m.

In light of these facts, the Court finds that the time between August 4th, 2008 and September 15th, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Palmer's counsel is unavailable which because of an ongoing jury trial in Santa Cruz, CA., People v. Williams. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Michael Palmer effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: ~~xxx~~ August 6, 2008

*Ronald M. Whyte*

HON. RONALD M. WHYTE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT